RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/12/11

MINUTE ENTRY
ROBERT G. JAMES
U.S. DISTRICT JUDGE
September 12, 2011

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 10:00200-01/02 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ROBERT E. "RED" STEVENS AND ARTHUR GILMORE, JR. | MAG. JUDGE KAREN L. HAYES |

\* \* \* \* \* \* \*

The sentencing hearings in the above-referenced matter, currently set for September 14, 2011, are CONTINUED WITHOUT DATE, pending the Court's resolution of Defendants' motions. A telephone status conference is set for September 14, 2011, at 10:00 A.M. Counsel should conference together and contact Chambers at (318) 322-6230 when all counsel are present.

RGJ